# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 17, 2025

## NO. 03-25-00089-CV

**Kenneth Timerman and Serene Vibes, LLC, Appellants**

**v.**

**Peace and Pines, LLC, Appellee**

### APPEAL FROM THE 335TH DISTRICT COURT OF BASTROP COUNTY
### BEFORE JUSTICES KELLY, CRUMP, AND ELLIS
### DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE KELLY

This is an appeal from the judgment signed by the trial court on October 24, 2024. Having reviewed the record, the Court holds that appellants have not prosecuted their appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Appellants shall pay all costs relating to this appeal, both in this Court and in the court below.